No. 01–296.  STOIANOFF *v.* COMMISSIONER OF MOTOR VEHICLES OF NEW YORK, 534 U. S. 954;

No. 01–489.  IN RE STEPHENS, 534 U. S. 1017;

No. 01–647.  LIZZI *v.* WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ET AL., 534 U. S. 1081;

No. 01–890.  IN RE BALL, 534 U. S. 1112;

No. 01–5219.  HAPPEL *v.* UNITED STATES, 534 U. S. 1104;

No. 01–5321.  PENIGAR *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 534 U. S. 916;

No. 01–5632.  CHAMBERLAIN *v.* SHANKS, WARDEN, ET AL., 534 U. S. 960;

No. 01–6246.  COLE *v.* UNITED STATES, 534 U. S. 980;

No. 01–6496.  SLEZAK *v.* MAYNARD, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, 534 U. S. 1047;

No. 01–6558.  DAWSON *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 534 U. S. 1048;

No. 01–6702.  JOHNSON *v.* JOHNSON ET AL., 534 U. S. 1067;

No. 01–6837.  WILLIAMS *v.* MANHATTAN EAST SUITES HOTELS ET AL., 534 U. S. 1087;

No. 01–6843.  NAMAZI *v.* UNIVERSITY OF CINCINNATI COLLEGE OF MEDICINE ET AL., 534 U. S. 1087;

No. 01–6982.  FLOYD *v.* NORTH CAROLINA, 534 U. S. 1092;

No. 01–6983.  DAKER *v.* GEORGIA, 534 U. S. 1093;

No. 01–6984.  DAKER *v.* GEORGIA, 534 U. S. 1093;

No. 01–7188.  CAMPBELL *v.* UNITED STATES, 534 U. S. 1098; and

No. 01–7290.  MARIN, AKA VALDEZ *v.* UNITED STATES, 534 U. S. 1108.  Petitions for rehearing denied.

No. 00–10011.  KING *v.* LAPPIN, WARDEN, 534 U. S. 840;

No. 01–6040.  SMOOT *v.* UNITED TRANSPORTATION UNION ET AL., 534 U. S. 1001; and

No. 01–6451.  THOMAS *v.* UNITED STATES, 534 U. S. 1009.  Motions for leave to file petitions for rehearing denied.

No. 01–219.  ROBINSON *v.* UNITED STATES, 534 U. S. 895.  Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.  Petition for rehearing denied.